

**OFFICE OF THE UNITED STATES TRUSTEE**
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

TO:  Ron Arth

DATE: January 4, 2010

# TRANSMITTAL OF CHAPTER 7 FINAL ACCOUNT(S) UNCLAIMED FUNDS CHECK(S)

    This office completed review of the Trustee's Final Account, Certification that the estate has been fully administered, application for Discharge and if applicable for transmittal of unclaimed funds pursuant to FRBP 3011, submitted by Gregory Akers.

    Attached is a check for unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3011. Stop payment notices have been issued to the bank for each of the uncashed checks.

    The United States Trustee requests that the clerk accept the attached checks for unclaimed funds for deposit into the Registry of the U.S. Bankruptcy Court.

Angela Lorna Jones
Case No. 04-01506-PB7

Check No. 0280093392
Amount of check for Registry is $4,900

```
✓ FILED
__ ENTERED
__ LODGED
__ RECEIVED

JAN 1 4 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
```